```
THOMAS P. O'BRIEN                                           JS-6
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
P. GREG PARHAM
California Bar No. 140310
Special Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-0304
    Facsimile:   (213) 894-7177
    E-mail: Greg.Parham@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. CV 07-03867 GPS(RZx) |
| Plaintiff, | ) | |
| | ) | [PROPOSED] |
| v. | ) | |
| | ) | **CONSENT JUDGMENT OF FORFEITURE** |
| ONE 2002 BMW 745i, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| JORGE CHAVEZ, | ) | |
| | ) | |
| Claimant. | ) | |
| _____ | ) | |

   This action was filed on June 14, 2007.  Notice was given and published in accordance with law.  Claimant Jorge Chavez ("claimant") filed a verified statement of interest on July 20,

1  2007 and answer on August 8, 2007.  No other statements of interest
2  or answers have been filed, and the time for filing such statements
3  of interest and answers has expired.  Plaintiff and claimant have
4  reached an agreement that is dispositive of the action.  The
5  parties hereby request that the Court enter this Consent Judgment
6  of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law.  All potential claimants to the defendant 2002 BMW 745i ("defendant automobile") and the defendant $7,115.68 in U.S. Account Funds ("defendant account funds") other than claimant are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to the defendant automobile and $5,000.00 of the defendant account funds, plus all interest earned by the government on said account funds, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4. $2,115.68 of the defendant account funds, without any interest earned by the government on that amount, shall be paid to potential claimant Jorge Chavez, and be returned in care of his attorney, William S. Pitman.

2

|   |   |   |
|---|---|---|
| 1 |   | Said funds shall be forwarded by a check made payable in |
| 2 |   | the amount of $2,115.68 to "William S. Pitman and Jorge |
| 3 |   | Chavez," and shall be mailed to William S. Pitman, 624 |
| 4 |   | South Grand Avenue, Suite 2200, Los Angeles, CA 90017. |
| 5 | 5. | Claimant hereby releases the United States of America, |
| 6 |   | its agencies, agents, and officers, including employees |
| 7 |   | and agents of the Drug Enforcement Administration, from |
| 8 |   | any and all claims, actions or liabilities arising out of |
| 9 |   | or related to this action, including, without limitation, |
| 10 |   | any claim for attorney's fees, costs or interest which |
| 11 |   | may be asserted on behalf of the claimant, whether |
| 12 |   | pursuant to 28 U.S.C. § 2465 or otherwise. |
| 13 | 6. | The parties stipulate that there was reasonable cause for |
| 14 |   | the seizure of the defendant automobile and defendant |
| 15 |   | account funds and institution of these proceedings. This |
| 16 |   | judgment shall be construed as a certificate of |
| 17 |   | reasonable cause pursuant to 28 U.S.C. § 2465. |

Dated: February 13, 2008, 2008

GEORGE P. SCHIAVELLI
———————————————
THE HONORABLE GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

3

1 | **Approved as to form and content:**

2 | Dated: February    , 2008    THOMAS P. O'BRIEN
United States Attorney
3 | CHRISTINE C. EWELL
Assistant United States Attorney
4 | Chief, Criminal Division
STEVEN R. WELK
5 | Assistant United States Attorney
Chief, Asset Forfeiture Section
6 |

_____
7 | P. GREG PARHAM
Special Assistant United States Attorney
8 | Asset Forfeiture Section

9 | Attorneys for Plaintiff
United States of America
10 |

11 | Dated: February    , 2008

12 |
_____
WILLIAM S. PITMAN
13 | Attorney for Claimant
JORGE CHAVEZ

4